# LAW OFFICES OF
# BILFIELD & ASSOCIATES

Experience, Integrity and Personal Attention Since 1974

Phone: 216-696-LAWS (5297)     6300 Rockside Road * Suite 204     Fax: 216-573-9725
Independence, Ohio 44131

December 16, 2016

**VIA EMAIL**

Madeline B. Dennis, Esq.             Sarah E. Kutscher, Esq.
**madeline.dennis@tuckerellis.com**     **skutscher@ohioedlaw.com**
Edward E. Taber, Esq.              David K. Smith, Esq.
**edward.taber@tuckerellis.com**       **dsmith@ohioedlaw.com**
Tucker Ellis                                  Smith Peters Kalail Co., LPA
950 Main Avenue, Ste 1100            6480 Rockside Woods Blvd., Suite 300
Cleveland, Ohio 44113               Cleveland, Ohio 44131

       Re:     *Jane Doe #1, et al v Mayfield City School Dist. Bd of Ed*

Dear Counsel;

Confirming our conversation on the Court's conference line, which occurred following the telephone status call yesterday, I am circulating blank calendars for January, February, and March 2017. The purpose is to set aside three (3), perhaps four (4), days for depositions so as to meet the court's Order of convening a Mediation with the Magistrate Judge sometime between March 1 and March 15, 2017. Toward that end, please decide who among you will be representing your clients at the depositions and please "X" out the days and ½ days when you are <u>unavailable</u> so that I can schedule three (3) days together, if possible, for depositions. On behalf of the Plaintiff I will probably need two (2) full days. If both counsel will attend for a party, please coordinate your available dates on a single calendar, not two (2) separate calendars.

In response to Sarah's request I will forward to counsel for both parties my proposed deponents. I ask that you advise me which individuals you wish to depose. I will make Halle available; advise if you wish to depose one or both of her parents. I will forward my deponent list separately, together with additional written discovery.

Very truly yours,


Murray D. Bilfield
BILFIELD & ASSOCIATES
MDB/srs

Enclosure



PLAINTIFF'S EXHIBIT A