## Notices

1:16-cv-00930-SO Doe et al v. Mayfield City School District Board of Education et al

Cat03,Greenberg,Mediatn,Protect,Referred,Standard

### U.S. District Court

### Northern District of Ohio

### Notice of Electronic Filing

The following transaction was entered by Bilfield, Murray on 2/20/2017 at 4:02 PM EST and filed on 2/20/2017

**Case Name:** Doe et al v. Mayfield City School District Board of Education et al
**Case Number:** 1:16-cv-00930-SO
**Filer:** Jane Doe
John Doe

**Document Number:** 24

**Docket Text:**
**Amended Notice to take Deposition of *Cleveland Clinic Foundation 30(b)(6) Witness* on *03/15/2017* filed by All Plaintiffs. (Bilfield, Murray)**

### 1:16-cv-00930-SO Notice has been electronically mailed to:

Anthony S. Farren     mbilfield@bilfieldandassociates.com

David Kane Smith     dsmith@ohioedlaw.com, cglover@ohioedlaw.com, jgladys@ohioedlaw.com

David S. Hirt     dhirt@ohioedlaw.com, cglover@ohioedlaw.com, znahayewsky@ohioedlaw.com

Edward E. Taber     edward.taber@tuckerellis.com

Murray D. Bilfield     mbilfield@bilfieldandassociates.com

R. Eric Smearman     res@smithmarshall.com

Sarah E. Kutscher     skutscher@ohioedlaw.com, cglover@ohioedlaw.com, jgladys@ohioedlaw.com

### 1:16-cv-00930-SO Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=2/20/2017] [FileNumber=7557659-0]



[3e88afdad52213558919791cec76bd0e457668be315f24c5a6805bf099a4012b74c7f
c3e7eefe23d7a3a91e38b378d01edd2ebf7466864500eeef712baece5ac]]