## Notices

1:16-cv-00930-SO Doe et al v. Mayfield City School District Board of Education et al

Cat03,Greenberg,Mediatn,Protect,Referred,Standard

### U.S. District Court

### Northern District of Ohio

### Notice of Electronic Filing

The following transaction was entered by Bilfield, Murray on 2/20/2017 at 4:00 PM EST and filed on 2/20/2017

**Case Name:** Doe et al v. Mayfield City School District Board of Education et al
**Case Number:** 1:16-cv-00930-SO
**Filer:** Jane Doe
John Doe
**Document Number:** 23

**Docket Text:**
Amended Notice to take Deposition of *Mayfield City School Dist Bd of Ed 30(b)(6) witness* on *03/20/2017* filed by All Plaintiffs. (Bilfield, Murray)

**1:16-cv-00930-SO Notice has been electronically mailed to:**

Anthony S. Farren    mbilfield@bilfieldandassociates.com

David Kane Smith    dsmith@ohioedlaw.com, cglover@ohioedlaw.com, jgladys@ohioedlaw.com

David S. Hirt    dhirt@ohioedlaw.com, cglover@ohioedlaw.com, znahayewsky@ohioedlaw.com

Edward E. Taber    edward.taber@tuckerellis.com

Murray D. Bilfield    mbilfield@bilfieldandassociates.com

R. Eric Smearman    res@smithmarshall.com

Sarah E. Kutscher    skutscher@ohioedlaw.com, cglover@ohioedlaw.com, jgladys@ohioedlaw.com

**1:16-cv-00930-SO Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=2/20/2017] [FileNumber=7557650-0]



PLAINTIFF'S EXHIBIT C2

[4a2065be64b6f8d9cd57a4a10818c969aaf0784e4e5709eea28339f3b7c109ac6ca4e119152111b754de9d883d2639d7e5960fcb60ddcbb1c65dae1430f0149b]]