# LAW OFFICES OF
# BILFIELD & ASSOCIATES

Experience, Integrity and Personal Attention Since 1974

Phone: 216-696-LAWS (5297)  6300 Rockside Road * Suite 204  Fax: 216-573-9725
Independence, Ohio 44131

February 20, 2017          **VIA EMAIL ONLY**

Madeline B. Dennis, Esq.                Sarah E. Kutscher, Esq.
**madeline.dennis@tuckerellis.com**     skutscher@ohioedlaw.com
Edward E. Taber, Esq.                   David K. Smith, Esq.
**edward.taber@tuckerellis.com**        **dsmith@ohioedlaw.com**
Tucker Ellis                            David S. Hirt
950 Main Avenue, Ste 1100               **dhirt@ohioedlaw.com**
Cleveland, Ohio 44113                   Smith Peters Kalail Co., LPA
                                        6480 Rockside Woods Blvd., Suite 300
                                        Cleveland, Ohio 44131

Re: *Jane Doe #1, et al v Mayfield City School Dist. Bd of Ed, et al.*

Dear Counsel;

Enclosed please find the Plaintiffs' **Amended Notice to Take Deposition of Defendant, Cleveland Clinic Foundation dba Cleveland Clinic Sports Health, Pursuant to Rule 30(b)(6) FRCP with Duces Tecum Annexed**, which I am scheduling for March 15, 2017 to take place at Tucker Ellis. Your attention is directed to both the Amended Exhibit "A" concerning the "Matters on Which Examination is Requested" and the Amended Duces Tecum. I bold-faced the additional documents in the Amended Duces Tecum not previously stated on the original Duces Tecum, and the additional "matters on which examination is requested" on Amended Exhibit "A" similarly not stated on the original Exhibit "A".

In addition to the Clinic's 30(b)(6) witness(es) I am requesting that the following employees likewise be produced for deposition that same date immediately following the Clinic's 30(b)(6) witness(es):

From Human Resources:
1. Jill Patterson or her immediate successor in her position if Ms. Patterson is no longer employed nor available
2. J. Patrnchak or his/her immediate successor in his/her position if he/she is no longer employed nor available
3. Nancy Tichy, SR Director HR II or her immediate successor in her position if Ms. Tichy is no longer employed nor available
4. Jeff Kain aka Jeff "Kaim" (an individual at Hillcrest Hospital who received a copy of the 03/26/2003 letter from James Loewer to Dean Ochi
5. Garry Miller, Employee #820519

Upon receipt kindly advise your availability for the day on March 15, 2017 and that of the availability of the Human Resources individuals in conjunction with your 30(b)(6) witnesses and your employees. I am also available <u>all</u> day on March 16th if we do not finish March 15, 2017

Very truly yours,

/s/ *Murray D. Bilfield*

Murray D. Bilfield
BILFIELD & ASSOCIATES
MDB/srs
Enclosure



PLAINTIFF'S
EXHIBIT
E