# LAW OFFICES OF
# BILFIELD & ASSOCIATES

Experience, Integrity and Personal Attention Since 1974

Phone: 216-696-LAWS (5297)　　　6300 Rockside Road * Suite 204　　　Fax: 216-573-9725
Independence, Ohio 44131

February 20, 2017　　　**VIA EMAIL ONLY**

Madeline B. Dennis, Esq.　　　　　　　　Sarah E. Kutscher, Esq.
**madeline.dennis@tuckerellis.com**　　　**skutscher@ohioedlaw.com**
Edward E. Taber, Esq.　　　　　　　　　David K. Smith, Esq.
**edward.taber@tuckerellis.com**　　　　　**dsmith@ohioedlaw.com**
Tucker Ellis　　　　　　　　　　　　　　David S. Hirt
950 Main Avenue, Ste 1100　　　　　　　**dhirt@ohioedlaw.com**
Cleveland, Ohio 44113　　　　　　　　　Smith Peters Kalail Co., LPA
　　　　　　　　　　　　　　　　　　　6480 Rockside Woods Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44131

　　　Re:　*Jane Doe #1, et al v Mayfield City School Dist. Bd of Ed, et al.*

Dear Counsel;

I am requesting the following additional employees of the Mayfield School District Board of Education for discovery deposition, which I would like to take on Tuesday, March 21, 2017, who were listed on my letter to counsel on December 28, 2016; to wit:

1. Ross Bandera
2. Mrs. Valentino
3. James A. Loewer
4. Chuck Wilakas
5. Susan Beatty
6. Jim Dasher
7. Janet Barr

Once again I would inquire as to whether counsel for the School Board will host the depositions at their office commencing at 9:30 a.m. I am also quite willing to take the depositions at the School Board or the High School, whichever your clients find most convenient. Kindly advise your and their availability.

Very truly yours,

/s/ *Murray D. Bilfield*

Murray D. Bilfield
BILFIELD & ASSOCIATES
MDB/srs



PLAINTIFF'S EXHIBIT F