# Sondra Smith

**From:** Sondra Smith <srsmith@bilfieldandassociates.com>
**Sent:** Monday, March 27, 2017 4:50 PM
**To:** 'Taber, Edward'; 'Dennis, Madeline'
**Cc:** 'Sarah Kutscher'; dsmith@ohioedlaw.com; 'dhirt@ohioedlaw.com'
**Subject:** Jane Doe #1 et al v Mayfield City School District Bd of Ed et al

This email is sent on behalf of Murray D. Bilfield

Mr. Bilfield writes:

I am still awaiting a deposition date for your 30(b)(6) witness and the other witnesses that I requested. Also, as I reminded you at the deposition of the Mayfield School Board witness on March 20th, I still do not have the earlier CCF harassment policies that were in effect at the time that Dean Ochi was hired and during the period of his employment, which is the obvious relevance of those policies. Kindly advise.

You may respond to this email address, or directly to Mr. Bilfield at mbilfield@bilfieldandassociates.com

*Sondra Reynolds Smith*
Bilfield & Associates
6300 Rockside Road, Suite 204
Independence, Ohio 44131
216-696-5297
216-573-9725 FAX

*Please consider the environment when printing this email*

From the law offices of Bilfield & Associates.

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.



PLAINTIFF'S EXHIBIT H