# LAW OFFICES OF
# BILFIELD & ASSOCIATES

Experience, Integrity and Personal Attention Since 1974

Phone: 216-696-LAWS (5297)     6300 Rockside Road * Suite 204     Fax: 216-573-9725
Independence, Ohio 44131

May 9, 2017

**VIA EMAIL ONLY**

Edward E. Taber, Esq. **edward.taber@tuckerellis.com**
Madeline B. Dennis, Esq. **madeline.dennis@tuckerellis.com**
Tucker Ellis
950 Main Avenue, Ste 1100
Cleveland, Ohio 44113

    Re:    *Jane Doe #1, et al v Mayfield City School Dist. Bd of Ed, et al*

Dear Counsel;

I have numerous letters to you and formal discovery requesting **all versions**, both earlier and later, to the Cleveland Clinic document that I had marked as Plaintiffs' Deposition Exhibit 23, entitled:

> **"Human Resources Enterprisewide Policies and Procedures"**
> **Subject: Non-Discrimination, Harassment or Retaliation**

Plaintiffs' Exhibit 23 indicates it is a Revision 5, with an original date issued of 04/01/1993, and subsequent issue dates of 11/09/2009 and 01/02/2013. It appears that Plaintiffs' Exhibit 23 has the effective date of 01/02/2013.

At the deposition of Mr. Kime you produced another version of Exhibit 23, which has an original date issued of 04/01/1993 but with effective dates of 04/01/1993 and 02/01/2000 Rev. 1. So it appears, for earlier versions and later versions of Exhibit 23, **I am missing the following versions with effective dates of 04/01/1993, 11/09/2009, and 02/01/2000; plus any versions subsequent to 01/02/2013.**

Also at Mr. Kime's deposition you produced yet another Policy and Procedure, marked Plaintiffs' Exhibit 37, entitled:

> **"Cleveland Clinic Health System – Eastern Region People Management Policies"**
> **Policy Title: Workplace Harassment 2.1**
> **Revised Date: 07/31/2000**
> **Original Date: 12/01/1992**



PLAINTIFF'S EXHIBIT J

At the deposition of Mr. Kime you also provided Workplace Harassment 2.1, with a revision date of 07/01/2003. I am therefore missing the **original issue date of 12/1992** and any other revisions issued **after 07/01/2003**.

I note that on page 2 of "Workplace Harassment 2.1" is the following content:

> ... 2. Sexual Harassment
> Sexual Harassment, as defined in the 1990 guidelines, includes ...

I have never been provided, though any one of my numerous requests would encompass, whatever the "1990 guidelines" contains pertaining to sexual harassment. I am requesting that those 1990 guidelines be provided to me in their entirety, immediately.

I am still awaiting a date to take the deposition of the Clinic employee identified as your 30(b)(6) witness, Nancy Tichy, who you have represented will provide testimony about these various harassment policies. In addition, I am still awaiting a deposition date for Gerry Miller, another of Mr. Ochi's Supervisors and the direct Supervisor to Mr. Kime.

Finally, prior to Mr. Kime's deposition I brought to your attention that the documents representing Dean Ochi's employment file that you provided to me on disc, was missing his employee review for 2003; but had his reviews for all other years. I find that to be more than a matter of coincidence since that was the year of his "disciplinary" meeting with Principal James Loewer. Also, you never responded to my letters inquiring whether you have created a privilege log to Dean Ochi's employment records.

Very truly yours,

/s/ *Murray D. Bilfield*

Murray D. Bilfield
BILFIELD & ASSOCIATES
MDB/srs

cc: David S. Hirt – via email
Sarah Kutscher – via email