# Murray Bilfield

**From:** Murray Bilfield <mbilfield@bilfieldandassociates.com>
**Sent:** Saturday, May 27, 2017 5:56 PM
**To:** 'madeline.dennis@tuckerellis.com'; 'edward.taber@tuckerellis.com'
**Cc:** 'David S. Hirt'; 'Sarah Kutscher'
**Subject:** Depos of Nancy Tichy & Gerry Miller

Counsel; At the deposition of Sidney Shanaberger yesterday 5/26/2017, we all agreed that the deposition of Nancy Tichy, a CCF employee will take place on June 15th. I would like her deposition to take place at my office as I am issuing deposition subpoenas for several witnesses, to take place at my office building conference room. Therefore I would like to start Ms. Tichy's deposition at 9:30 which I would expect to go no more than approx.. 45 minutes. There after the subpoenaed witnesses should be no more than 30 minutes each. I expect to subpoena 4 witnesses. I would like to than take the depos of the following School Board employees starting at 1:30 pm; Nancy Barron, Susan Beatty, and James Dasher. I am willing to drive to the School Board Offices, although I think to economize our time it would be easier for them to report to my office, one hour apart; that is 1:30, 2:30, and 3:30 since we will already be together, and I have already accommodated the School Board on several previous occasions

We also agreed that the deposition of Gerry Miller will take place on June 19, 2017. I would also like that deposition to take place at 9:30 at my office. Kindly confirm by 12:00 noon on Tuesday May 30, 2017 if the 2 CCF witnesses can start on the respective days at 9:30am. If I don't hear from you to the contrary I will issue my subpoenas for the times indicated.

In addition, if the CCF can't, or won't produce the missing Harassment policies, as I have outlined in many letters, the 'ast one dated May 16, 2017, and the missing 2003 Employee review of Dean Ochi, all for the deposition of Ms. Tichy, I will consider that those records have been intentionally misplaced, or destroyed and I will seek to amend the complaint, accordingly.

Lastly, I am waiting for the School Board to provide me an alternate date to conduct my inspection of the High School, recently requested, but denied, due the School still being in session.



PLAINTIFF'S EXHIBIT K