# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| JANE DOE, *et al.*, | DATE: August 14, 2017 |
| | CASE NO. 1:16CV930 |
| | JUDGE SOLOMON OLIVER |
| Plaintiffs, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| vs. | |
| MAYFIELD CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | |
| Defendants. | COURT REPORTER: n/a |

| | |
|---|---|
| Attys for Plaintiffs: Murray Bilfield  Anthony Farren | Atty for Mayfield City School District Defendants: David Hirt |
| Plaintiff Jane Doe #1 and Jane Doe #1's parents | School District Representatives: Scott Snyder  Donna Jones |
| | Atty for Defendant Cleveland Clinic: Ed Taber |
| | Cleveland Clinic Representative: Dave Valent |

PROCEEDINGS: A settlement conference was conducted on August 14, 2017 with the above participants. The parties were unable to reach an agreement. **A further settlement conference is scheduled for August 24, 2017 at noon in Chambers 10B.** Lead counsel and parties with full and ultimate settlement authority are required to be present. To be clear, an insured party shall appear by a representative of the insurer who is authorized to negotiate and who has authority to settle the matter up to the limits of the opposing party's existing settlement demand.

Likewise, an uninsured corporate party shall appear by a representative authorized to negotiate and who has authority to settle the matter up to the amount of the opposing party's existing settlement demand or offer. Having a client with authority available by telephone is NOT an acceptable alternative.

---

  6 hours, 30 minutes
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge