UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOE, *et al.*, | ) | Case No.: 1:16 CV 930 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MAYFIELD CITY SCHOOL DISTRICT | ) | |
| BOARD OF EDUCATION | ) | |
| | ) | ORDER |
| Defendant | ) | |

The parties reached a settlement at the settlement conference held on August 24, 2017 before Magistrate Judge Jonathan D. Greenberg and have indicated they will be submitting stipulated dismissal entries, with prejudice, to the court no later than September 7, 2017. Therefore, it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 31, 2017