## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE #1, et al.** | ) | **CASE NO. CV 1:16-CV-00930** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE SOLOMON OLIVER, JR.** |
| **v.** | ) | |
| | ) | |
| **MAYFIELD CITY SCHOOL DISTRICT** | ) | **STIPULATION OF DISMISSAL** |
| **BOARD OF EDUCATION, et al.,** | ) | **WITH PREJUDICE PURSUANT** |
| | ) | **TO FRCP 41(a)(1)(A)(ii)** |
| **Defendants.** | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jane Doe #1, Jane Doe #2, and John Doe #1 and Defendants Mayfield City School District Board of Education, Phillip Price, James Loewer, Keith Kelly, George J. Hughes, Al Hess, Sue Groszek, Ron Fornaro, Jimmy Teresi, John Doe 2-32, Joelle M. Magyar, Robert G. Ross, John Doe 33-43, and Jane Doe 3-13 and Cleveland Clinic Foundation dba Cleveland Clinic Sports Health hereby stipulate to the dismissal of this action with prejudice.  Each party to bear her, his or its own costs, except as otherwise agreed.

Respectfully submitted,

/s/ *Sarah E. Kutscher*
Sarah E. Kutscher (0089664)
David S. Hirt (0063516)
David Kane Smith (0016208)
SMITH PETERS KALAIL CO., L.P.A.
6480 Rockside Woods Blvd. South, #300
Cleveland, OH 44131-2222
Telephone:  (216) 503-5055
Facsimile:  (216) 446-6032
Email:  skutscher@ohioedlaw.com
        dhirt@ohioedlaw.com
        dsmith@ohioedlaw.com

*Attorneys for District Defendants*
*Mayfield City School District Board of*
*Education, Phillip Price, James A. Loewer,*
*Keith Kelly, George J. Hughes, Al Hess,*
*Sue Groszek, Ron Fornaro, Jimmy Teresi,*
*John Doe 2-32, Joelle M. Magyar,*
*Robert G. Ross, John Doe 33-43, and*
*Jane Doe 3-13*


/s/ *Murray D. Bilfield*
*(Per e-mail consent)*
Murray D. Bilfield, Esq.
Anthony S. Farren, Esq.
Bilfield & Associates
6300 Rockside Road, Suite 204
Independence, Ohio 44131
mbilfield@bilfieldandassociates.com
sfarren@bilfieldandassociates.com

*Attorneys for Plaintiffs*


/s/ *Edward E. Taber*
*(Per e-mail consent)*
Edward E. Taber, Esq.
Madeline B. Dennis, Esq.
Tucker Ellis
950 Main Avenue
Cleveland, Ohio 44113
edward.taber@tuckerellis.com
madeline.dennis@tuckerellis.com

*Attorneys for Defendants*
*Cleveland Clinic Foundation DBA Cleveland*
*Clinic Sports Health*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2017, a copy of the foregoing

*Stipulation of Dismissal with Prejudice Pursuant To FRCP 41(a)(1)(A)(ii)* was filed

electronically.   Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.

/s/ Sarah E. Kutscher
*One of the Attorneys for Defendants*
*Mayfield City School District Board of*
*Education, Phillip Price, James A. Loewer,*
*Keith Kelly, George J. Hughes, Al Hess,*
*Sue Groszek, Ron Fornaro, Jimmy Teresi,*
*John Doe 2-32, Joelle M. Magyar,*
*Robert G. Ross, John Doe 33-43, and*
*Jane Doe 3-13*